UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRICE GROUP, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DICKRAN ATAMIAN, et al.,<br><br>    Defendants. | Case No. 15-cv-01043-EDL<br><br>**ORDER REGARDING EX PARTE LETTER** |

In this breach of contract case, a motion to dismiss or transfer venue is set for hearing on June 16, 2015. The motion was filed on April 23 and Plaintiff's opposition was due on May 7, 2015. Plaintiff did not file an opposition until Monday May 11 and the exhibits were not filed until May 12. Defendant timely filed a reply on May 14, arguing in part that the opposition should be stricken as untimely but also responding substantively to the arguments raised in the opposition.

On May 21, Plaintiff sent a letter to the Court requesting legal advice about the procedure for requesting leave to file a late opposition, and advising the Court of counsel's intention to appear for an ex parte hearing on Plaintiff's request for leave to file a late opposition on May 26. No ex parte hearing will be held on Plaintiff's request to file a late opposition, and the Court will address whether or not to consider the opposition with the parties during the motion hearing on June 16.

**IT IS SO ORDERED.**

Dated: May 21, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge